# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-1453
LT Case No. 2017-304236-CFDB

———————————————

RICHARD COLLAKE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

David Maldonado, of The Maldonado Law Firm, P.A., Lakeland,
for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison L.
Morris, Assistant Attorney General, Daytona Beach, for Appellee.


December 21, 2023


PER CURIAM.

   In this *Anders** case, Appellant Richard Collake appeals the
judgment and sentence resulting from his open plea of no contest,

_____

   * *See Anders v. California,* 386 U.S. 738 (1967).

whereby Collake reserved the right to appeal the trial court's denial of his three motions to suppress. We have jurisdiction. *See* Art. V, § 4(b)(1), Fla. Const.; Fla. R. App. P. 9.030(b)(1)(A).

We affirm the court's denial of Collake's motions. However, we reverse the $100.00 cost of investigation imposed by the trial court pursuant to section 938.27(1), Florida Statutes (2017), as the State failed to request such cost. *See Richards v. State*, 288 So. 3d 574 (Fla. 2020). This case is remanded for the trial court to enter an amended judgment and sentence without the cost of investigation.

In all other respects, we affirm.

AFFIRMED IN PART AND REVERSED IN PART.

LAMBERT, SOUD, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2